UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JULIAN LOEZA JR., <br> Defendant. | CASE NO. 1:21-MJ-00040-BAM <br><br> **UNSEALING ORDER** |

Good cause due to the defendant's pending initial appearance on the Complaint in the Eastern District of California, it is hereby ordered that the Complaint, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

DATED: MAY __14__, 2021

_____
HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE