**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorneys for:     **Defendant, Julian Loeza Jr.**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>JULIAN LOEZA JR.<br><br>Defendant(s). | Case No.: 1:21-CR-00149-ADA<br><br>**STIPULATION TO CONTINUE THE SENTENCING HEARING; DECLARATION OF PETER M. JONES; AND ORDER** |

Defendant JULIAN LOEZA, JR., by and through counsel, Peter M. Jones, and Plaintiff UNITED STATES OF AMERICA, by and through counsel, ANTONIO PATACA, HEREBY STIPULATE that the Sentencing Hearing for Mr. Loeza in the above-entitled matter now set for **August 14, 2023 at 8:30 a.m**. **be rescheduled to be heard on August 21, 2023 at 8:30 a.m**. pending approval and order of the Court.

DATED:  AUGUST 9, 2023            WANGER JONES HELSLEY PC


                                  By: */s/ Peter M. Jones*
                                       Peter M. Jones
                                       Attorney for Defendant
                                       JULIAN LOEZA JR.

{8806/002/01645512.DOC}                    1

*Additional signature on following page*

| | |
|---|---|
| DATED: August 9, 2023 | MCGREGOR W. SCOTT, U.S. Attorney |
| | UNITED STATES ATTORNEY'S OFFICE |
| | By: */s/ Peter M. Jones* |
| | Antonio Pataca |
| | Assistant U.S. Attorney |

### DECLARATION OF PETER M. JONES

I, Peter M. Jones, declare as follows: Due to a conflict I have been unable to resolve, I am requesting Mr. Loeza's sentencing date be continued by one week. The Government has no opposition to the requested postponement to August 21, 2023 as an agreeable date; and further agreed to stipulate to continue Mr. Loeza's sentencing to that date.

I declare under penalty of perjury that the foregoing is true and correct. Executed August 9, 2023, at Fresno, California.

*/s/ Peter M. Jones*
Peter M. Jones

**ORDER**

Having reviewed the above Stipulation and Good Cause Appearing, it is hereby ordered that the Sentencing Hearing for Defendant, JULIAN LOEZA JR., currently set for August 14, 2023 at 8:30 a.m., be continued to August, 21, 2023, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   August 9, 2023

UNITED STATES DISTRICT JUDGE