**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorneys for:     Defendant, Julian Loeza Jr.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>JULIAN LOEZA JR.<br><br>Defendant(s). | Case No.: 1:21-CR-00149-ADA<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF PETER M. JONES AS ATTORNEY OF RECORD AND ORDER** |

On May 27, 2021, Defendant, Julian Loeza Jr., was indicted on federal charges.  CJA Panel Attorney, Peter M. Jones, was appointed as trial counsel to represent Mr. Loeza on May 14, 2021 in his criminal case.  Mr. Loeza was sentenced pursuant to a plea agreement on August 21, 2023.  The time for filing a direct appeal was September 5, 2023.  No direct appeal was filed.   Mr. Loeza was in custody at sentencing. The trial phase of Mr. Loeza's criminal case has, therefore, come to an end.   Having completed his representation of Mr. Loeza, CJA attorney Peter M. Jones now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Loeza require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-

///

///

{8806/002/01668584.DOC}                              1

MOTION TO TERMINATE CJA APPOINTMENT OF PETER M. JONES AS ATTORNEY OF RECORD AND [PROPOSED ORDER]

4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: September 20, 2023          Respectfully Submitted,

                                   /s/ *Peter M. Jones*
                                   Peter M. Jones, Attorney for
                                   Defendant, Julian Loeza Jr.

## ORDER

Having reviewed the notice and found that attorney, Peter M. Jones has completed the services for which he was appointed, the Court hereby grants attorney Jones' request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant, Julian Loeza Jr. at the following address and to update the docket to reflect Defendant's pro se status and contact information.

> Julian Loeza Jr. #51424,
> Central Valley Annex, B-3,
> 245 Taylor Ave.
> McFarland, CA 93250.

IT IS SO ORDERED.

Dated:   September 22, 2023          _____
                                              UNITED STATES DISTRICT JUDGE